# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMANDA RIGMAIDEN WILLIAMS | : | DOCKET NO. 2:12-cv-00869 |
| VS. | : | JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

On April 12, 2012 Amanda Rigmaiden Williams filed a Complaint claiming that the Commissioner's unfavorable disability finding is contrary to law and not supported by substantial evidence and requested judicial review by this court.  Doc. 1.  The Commissioner answered the complaint on August 9, 2012.  Doc. 9.  On October 22, 2012 this court issued an order granting plaintiff until December 6, 2012 to file her brief.  Doc. 11.  On June 19, 2012 correspondence was received from plaintiff indicating that she would not file a brief on her behalf. Doc. 12.

Section 37 C.F.R. 41.67(b) provides "[a]n appellant's appeal shall stand dismissed upon failure of that appellant to file an apppellant's brief, accompanied by the requisite fee, within the time allowed under § 41.66(a).

Accordingly,

IT IS RECOMMENDED that the Complaint filed by Amanda Rigmaiden Williams on April 12, 2012, be stricken from the record and her appeal DISMISSED.

THUS DONE AND SIGNED in Chambers this 18th day of July, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE