RECEIVED
IN LAKE CHARLES, LA.

AUG 22 2013

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| AMANDA RIGMAIDEN WILLIAMS | CIVIL ACTION NO. 2:12-CV-00869 |
| VS. | JUDGE PATRICIA MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Complaint filed by Amanda Rigmaiden Williams on April 12, 2012 be **STRICKEN** from the record and her appeal **DISMISSED**.

Lake Charles, Louisiana, on this 21 day of August, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE